IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MARY W. COLON,
Chapter 7 Trustee,

    Plaintiff,

v.                           CASE NO.: 4:12cv101-SPM/CAS

DARRYL STRAWBERRY, et al.,

    Defendants.
_____/

## ORDER

This cause is before the Court on the Motion by United States for Extension of Time to File Joint Discovery Plan (doc. 13).  Upon consideration, it is

ORDERED AND ADJUDGED:

1.     The motion (doc. 13) is **granted**.

2.     The parties shall have until June 20, 2012 to file the joint discovery plan.

DONE AND ORDERED this 15th day of June, 2012.

                                    *S/ Stephan P. Mickle*
                                    Stephan P. Mickle
                                    Senior United States District Judge