IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MARY W. COLON, Trustee,

    Plaintiff,

vs.                                                                   Case No. 4:12cv101-MCR/CAS

DARRYL STRAWBERRY, STERLING
METS, L.P. a/k/a THE NEW YORK
METS BASEBALL CLUB, and
INTERNAL REVENUE SERVICE,

    Defendants.
_____/

STERLING METS, L.P.,

    Counter-Plaintiff,

vs.

MARY W. COLON,

    Counter-Defendant, and

DARRYL STRAWBERRY and
INTERNAL REVENUE SERVICE,

    Cross-Defendants, and

CHARISSE ANN STRAWBERRY
and STATE OF MISSOURI,

    Third-Party Defendants.
_____/

**UNITED STATES OF AMERICA,**

 Counter-Plaintiff,

vs.

**STERLING METS, L.P.,**

 Counter-Defendant and

**MARY W. COLON,**
**DARRYL STRAWBERRY,**
**CHARISSE ANN STRAWBERRY, and**
**STATE OF MISSOURI,**

 Cross-Defendants.

               /

## REPORT AND RECOMMENDATION

 Chief United States District Judge Casey Rodgers granted motions to withdraw, docs. 29-30, 31-32. Defendant Darryl Strawberry and Cross-Defendant Charisse Ann Strawberry are proceeding pro se as notices of appearance were not filed.

 The Clerk entered a default against Mr. Strawberry, doc. 24, and Ms. Strawberry, doc. 23, on August 28, 2012. The Clerk also entered a default as to the State of Missouri. Doc. 27. The defaults were entered prior to the Defendants proceeding pro se in this case.

 In March 2013, Motions for Default Judgment were filed by the United States of America as to Mr. Strawberry,[1] doc. 35, and Ms. Strawberry and the State of Missouri,

---

[1] The United States seeks judgment against Mr. Strawberry for his 2003 and 2004 income tax debts in the amount of $80,206.61, with interest pursuant to 26 U.S.C. § 6621, 6622; FED. R. CIV. P. 55(b)(1). Doc. 35. The United States seeks judgment against Ms. Strawberry and the State of Missouri to extinguish their claims against Mr.

Case No. 4:12cv101-MCR/CAS

doc. 36. When no responses were filed to those motions, out of an abundance of caution, an Order was entered on May 9, 2013, to ensure the Defendants had notice of the motions and an opportunity to be heard. Doc. 40. The Clerk of Court was directed to provide an additional copy of the relevant motion, doc. 35, to Mr. Strawberry at his address of record, a copy of the motion to Ms. Strawberry at her address of record, and also to counsel for the State of Missouri. *Id.* Those Defendants were directed to respond to the motion on or before May 24, 2013. Doc. 40. The May 9th Order advised that failure to respond would result in a recommendation that the motion for default judgment be granted. *Id.* No response has been filed as of this date. Thus, it is recommended that the motions for default judgment, docs. 35-36, be granted.

**RECOMMENDATION**

In light of the foregoing, it is respectfully **RECOMMENDED** that the motion for default judgment, doc. 35, be **GRANTED as to Darryl Strawberry**, in the amount of $80,206.61, plus interest for the 2003 and 2004 federal income tax liabilities. In addition, the federal tax liens for Darryl Strawberry's 1989, 1990, 2003, and 2004 federal income tax liabilities are foreclosed against Strawberry's interest in the deferred compensation agreement between Strawberry and Sterling Mets, L.P., such that all payments otherwise payable to Strawberry be paid to the United States until the tax liens are satisfied, and Strawberry's rights in the deferred compensation agreement shall be extinguished in the event those rights are sold in a foreclosure sale. It is further **RECOMMENDED** that the motion for default judgment, doc. 36, be **GRANTED as to**

---

Strawberry's deferred compensation pursuant to Fed. R. Civ. P. 55(b)(1). Doc. 36.

**Charisse Ann Strawberry and the State of Missouri**, and any claim or lien that Charisse Anne Strawberry or the State of Missouri could have asserted against Darryl Strawberry's interest in the deferred compensation agreement between Darryl Strawberry and Sterling Mets, L.P., be extinguished.

**IN CHAMBERS** at Tallahassee, Florida, on June 4, 2013.

    S/    Charles A. Stampelos
**CHARLES A. STAMPELOS
UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**