UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**MARY W. COLON, Trustee,**

    **Plaintiff,**

v.                        Case No. 4:12cv101-MCR/CAS

**DARRYL STRAWBERRY, et al.**

    **Defendants.**

_____/

## ORDER

This cause is before the Court on consideration of the Magistrate Judge's Report and Recommendation dated June 4, 2013 (doc. 41). The parties have been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The Court has made a *de novo* determination of all timely filed objections.[1] Having fully considered the Report and Recommendation, and the timely filed objections and response, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 41) is adopted and incorporated by reference in this order, as modified herein.

2. The motion for default judgment (doc. 35) is **GRANTED** as to Darryl Strawberry, in the amount of $80,206.61, plus interest for the 2003 and 2004 federal income tax liabilities. Within fourteen (14) days, the United States shall file its interest calculation to date and the Clerk is directed to enter final default judgment at that time in

---

[1] Sterling Mets, L.P. filed objections (doc.42), and the Untied States of America, Internal Revenue Service, filed a response to the objections (doc. 44).

the total amount of $80,206.61 plus interest as calculated by the United States. In addition, the federal tax liens for Darryl Strawberry's 1989, 1990, 2003, and 2004 federal income tax liabilities are foreclosed against Strawberry's interest in the deferred compensation agreement between Strawberry and Sterling Mets, L.P., such that all payments otherwise payable to Strawberry under the deferred compensation agreement shall be paid to the United States as they come due until the tax liens are satisfied, and Strawberry's rights in the deferred compensation agreement shall be extinguished in the event those rights are sold in a foreclosure sale.[2]

3. The motion for default judgment (doc. 36) is **GRANTED** as to Charisse Ann Strawberry and the State of Missouri, and any claim or lien that Charisse Ann Strawberry or the State of Missouri could have asserted against Darryl Strawberry's interest in the deferred compensation agreement between Darryl Strawberry and Sterling Mets, L.P. is extinguished.

**DONE AND ORDERED** this 18th day of November, 2013.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**

---

[2] The court reserves jurisdiction to consider Sterling Mets, L.P.'s claim to recover reasonable attorneys' fees and costs related to its interpleader action from any surplus funds after the IRS liens are satisfied.

*Case No. 4:12cv101-MCR/CAS*