UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MARY W. COLON, Trustee,

    Plaintiff,

v.                                        Case No. 4:12cv101-MCR/CAS

DARRYL STRAWBERRY, et al.,

    Defendants.
_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated July 30, 2014. (Doc. 74). The parties have been furnished a copy of the report and recommendation and afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a *de novo* determination of any portions to which an objection has been made.

    Having considered the Report and Recommendation and all objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    The unopposed Motion for Entry of Order of Sale (doc. 68) is **GRANTED** and this case is **REMANDED** to the magistrate judge for further proceedings concerning the amount of attorney fees owed.

    **DONE AND ORDERED** this 5th day of September, 2014.

                                        *s/ M. Casey Rodgers*
                                        **M. CASEY RODGERS**
                                        **CHIEF UNITED STATES DISTRICT JUDGE**