UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**MARY W. COLON, Trustee,**

    **Plaintiff,**

**v.**       **CASE NO. 4:12cv101-MCR/CAS**

**DARRYL STRAWBERRY, et al.,**

    **Defendants.**

_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation. (Doc. 103). The Plaintiff has previously been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a *de novo* determination of those portions to which an objection has been made.

Having considered the Report and Recommendation and all objections thereto timely filed by the parties, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The motion to intervene (doc. 83) is DENIED.

**DONE AND ORDERED** this 16th day of April, 2015.

    *s/ M. Casey Rodgers*
    **M. CASEY RODGERS**
    **CHIEF UNITED STATES DISTRICT JUDGE**